**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| DALE CHESTER BROWNE<br><br>    Petitioner<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | Civ. No. 04-2121(PG)<br>(Re: Crim No. 00-001(PG)) |

### JUDGMENT

On this same date this Court **APPROVED and ADOPTED** Magistrate Judge Camille Velez-Rive's Report and Recommendation (**Docket No. 7**), and **DENIED** petitioner's Section 2255 motion.

WHEREFORE it is ORDERED AND ADJUDGED that this case be **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, July 11, 2005.

                                         S/JUAN M. PEREZ-GIMENEZ
                                         U.S. District Judge